IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY D. BENNETT | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:17-CV-01389 |
| | § | |
| THE TRAVELERS HOME AND MARINE | § | |
| INSURANCE COMPANY | § | |
| AND HERBERT DALLUM | § | |

## THE TRAVELERS HOME AND MARINE INSURANCE COMPANY'S
## NOTICE OF SERVICE OF INITIAL DISCLOSURES

NOW COMES Defendant The Travelers Home and Marine Insurance Company ("Travelers") and files this Notice of Service of Travelers's Initial Disclosures.

On May 15, 2017, Travelers served on Plaintiff Kelly D. Bennett ("Bennett") its Initial Disclosures in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Martin R. Sadler*
Martin R. Sadler
Attorney-in-Charge
Texas Bar No. 00788842
Federal Bar No. 18230
msadler@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
 A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

ATTORNEY-IN-CHARGE
FOR THE TRAVELERS HOME AND MARINE
INSURANCE COMPANY

OF COUNSEL:

Rebecca A. Moore
Texas Bar No. 24031701
Federal ID No. 31001
rmoore@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above pleading has been forwarded by electronic service on this the 15th day of May, 2017 to:

Preston J. Dugas III
Preston Dugas Law Firm, PLLC
309 W. 7th Street, Suite 1100
Fort Worth, Texas 76102

          */s/ Martin R. Sadler*
          Martin R. Sadler