IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY D. BENNETT<br>Plaintiff<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE<br>INSURANCE COMPANY AND<br>HERBERT DALLUM<br>Defendant. | § § § § § § § § § § | CASE NO. 4:17-CV-01389 |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE:

**NOW INTO COURT,** through the undersigned counsel, come Travelers Home and Marine Insurance Company, Herbert Dallum (collectively referred to as "Defendants") and Kelly D. Bennett ("Bennett") and file this Joint Notice of Settlement.

1. Defendants and Bennett have reached a settlement of all claims and controversies in this case.

2. Defendants and Bennett are finalizing the settlement documents, and anticipate that an Agreed Order of Dismissal will be filed within sixty days of this Notice, by January 29, 2018.

*(signatures on following page)*

Respectfully submitted,

/s/ Martin R. Sadler
Martin R. Sadler
Attorney-in-Charge
Federal Bar No. 18230
msadler@lawla.com
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD,
    A LAW CORPORATION
801 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 222-1990
Facsimile: (713) 222-1996

ATTORNEY-IN-CHARGE
FOR THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY

/s/ Preston J. Dugas III *
Preston J. Dugas III
Federal Bar No. 2649226
PRESTON DUGAS LAW FIRM, PLLC
309 W. 7th Street, Suite 1100
Fort Worth, Texas 76102
Telephone: (817) 945-3061
Facsimile: (682) 219-0761
Email: preston@pjdlawfirm.com

ATTORNEY FOR PLAINTIFF

* w/ permission

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above pleading has been forwarded by electronic service or certified mail on this the 29th day of November, 2017 to:

Preston J. Dugas III
PRESTON DUGAS LAW FIRM, PLLC
309 W. 7th Street, Suite 1100
Fort Worth, Texas 76102

/s/ Martin Sadler
Martin R. Sadler