| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
November 29, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Kelly Bennett,　　　　　　　§<br>　　　　　　　　　　　　　　§<br>　　　　Plaintiff,　　　　　§<br>　　　　　　　　　　　　　　§<br>versus　　　　　　　　　　　§<br>　　　　　　　　　　　　　　§<br>The Travelers Home and Marine §<br>Insurance Company, et al.,　§<br>　　　　　　　　　　　　　　§<br>　　　　Defendants.　　　　　§ | Civil Action H-17-1389 |

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice.

2. By January 31, 2018, the parties may move for reinstatement.

3. This court retains jurisdiction to enforce the settlement.

4. The conference of December 4, 2017, is cancelled.

Signed on November 29, 2017, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge